# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Johnston, John T. | 2. Court or Organization  United States District Court, Montana | 3. Date of Report  04/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☑ Initial   ☐ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  03/22/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
125 Central Avenue West, Suite 311
Great Falls, Montana 59404

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Joyce, Johnston & MacDonald, PLLP |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Joyce & MacDonald (former firm) and John T. Johnston - Firm will emimburse me certain fees earned in 2014 as collected and costs advanced as collected. |
| 2. 2015 | Joyce & MacDonald Retirment Plan with former law firm, no control. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Joyce, Johnston & MacDonald - partnership income | $213,298.00 |
| 2. 2014 | Joyce, Johnston & MacDonald - partnership income | $348,967.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Montana Tech of the University of Montana - wages |
| 2. 2014 | Montana Tech of the University of Montana - wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Montana Bank Joint Savings and Checking Accounts | A | Interest | M | T | Exempt | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. - Abbott (common stock) | A | Dividend | J | T | Exempt | | | | |
| 4. - Abbvie (common stock) | A | Dividend | J | T | Exempt | | | | |
| 5. - Apple (common stock) | A | Dividend | K | T | Exempt | | | | |
| 6. - Chevron (common stock) | A | Dividend | J | T | Exempt | | | | |
| 7. - Coca-Cola (common stock) | A | Dividend | J | T | Exempt | | | | |
| 8. - Intel (common stock) | A | Dividend | J | T | Exempt | | | | |
| 9. - Stifel Insured Bank Program | A | Interest | J | T | Exempt | | | | |
| 10. Roth IRA #1 | | | | | | | | | |
| 11. - Clearbridge Aggressive Growth (mutual fund) | A | Int./Div. | J | T | Exempt | | | | |
| 12. Roth IRA #2 | | | | | | | | | |
| 13. - Clearbridge Aggressive Growth (mutual fund) | A | Int./Div. | J | T | Exempt | | | | |
| 14. Trust #1 | | | | | | | | | |
| 15. - Chevron (common stock) | A | Dividend | J | T | Exempt | | | | |
| 16. - Johnson & Johnson (commmon stock) | A | Dividend | J | T | Exempt | | | | |
| 17. - Stifel Insured Bank Progran | A | Interest | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Brokerage Account #2 | | | | | | | | | |
| 19.  - Appl (common stock) | A | Dividend | K | T | Exempt | | | | |
| 20.  - Royal Alliance Associates Money Market | A | Interest | J | T | Exempt | | | | |
| 21.  - Fidelility Floating Rate High Income Fund (mutual fund) | A | Dividend | | | Exempt | | | | |
| 22.  - Goldman Sachs (common stock) | A | Dividend | K | T | Exempt | | | | |
| 23.  - Ishares TR Core S&P 500 (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 24.  - Ishares TR MSCI EAFE (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 25.  - Ishares Russell 2000 (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 26.  - Ishares TR S&P 100 (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 27.  - Ishares Select Dividend (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 28.  - Lear Corp. (common stock) | A | Dividend | J | T | Exempt | | | | |
| 29.  - Microsoft (common stock) | A | Dividend | J | T | Exempt | | | | |
| 30.  - Nicholas Equity Income (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 31.  - PPL Corp. (common stock) | A | Dividend | | | Exempt | | | | |
| 32.  - Trinity Inc. (common stock) | A | Dividend | J | T | Exempt | | | | |
| 33.  - Vanguard Total Inernational Stock Index (mutual fund) | A | Dividend | | | Exempt | | | | |
| 34.  401K #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Oakmark International II (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 36.  - Ridgeworth Small Cap Growth Stock I (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 37.  - Thompson Bond Fund (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 38.  - Great-West Templeton Gobal Bond Fund (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 39.  - Invesco International Growth A (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 40.  - Lord Abbett Value Opportunities A (mututal fund) | A | Dividend | M | T | Exempt | | | | |
| 41.  - Alger Capital Appreciation Inst. I (mutual fund) | A | Dividend | M | T | Exempt | | | | |
| 42.  - BlackRock Equity Dividend A (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 43.  - Franklin High Income R (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 44.  - Prudential Jennison Mid Cap Growth A (mutual fund) | A | Dividend | L | T | Exempt | | | | |
| 45.  - RidgeWorth Large Cap Value Equity I (mutual fund) | A | Dividend | M | T | Exempt | | | | |
| 46.  - Great-West LIfetime 2035 Fund II (mutual fund) | A | Dividend | M | T | Exempt | | | | |
| 47.  403(b) #1 | | | | | | | | | |
| 48.  - TIAA Traditional (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 49.  - CREF Stock (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 50.  - CREF Growth (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 51.  - CREF Equity Index (mutual fund) | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    - CREF Global Equities (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 53.    - T-C Small Cap Blend (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 54.    - T-C Mid-Cap Value (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 55.    - CREF Bond Fund (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 56.    Valic 403(b) #2 | | | | | | | | | |
| 57.    - Valic Blue Chip Growth Fund (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 58.    -Valic Large Cap Core (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 59.    - Vanguard Windsor II (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 60.    - Valic Small Cap Fund (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 61.    - Valic Emerging Economies (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 62.    - Valic International Growth Fund (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 63.    - Vanguard Wellington Fund (mutual fund) | A | Dividend | K | T | Exempt | | | | |
| 64.    - Valic Strategic Bond Fund (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 65.    Rental Property #1, Butte, Montana | D | Rent | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 04/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Johnston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544